**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: January 27, 2010**



1  **TIFFANY & BOSCO**
   P.A.

2  **2525 EAST CAMELBACK ROAD**

3  **SUITE 300**

   **PHOENIX, ARIZONA 85016**

4  **TELEPHONE: (602) 255-6000**

5  **FACSIMILE: (602) 255-0192**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

6  Mark S. Bosco
   State Bar No. 010167

7  Leonard J. McDonald
   State Bar No. 014228

8  Attorneys for Movant

9  09-28448/0083858

10        **IN THE UNITED STATES BANKRUPTCY COURT**

11        **FOR THE DISTRICT OF ARIZONA**

12

13  IN RE:                                          No. 0:09-BK-26175-RJH

14  Fred Woelk, Jr.                                        Chapter 13
              Debtor.

15  _____          ORDER

16  Wells Fargo Bank, N.A.
              Movant,
                                               (Related to Docket #16)
17        vs.

18  Fred Woelk, Jr., Debtor, Russell A. Brown, Trustee.

19        Respondents.

20  _____

21

        Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

22  Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

23  and no objection having been received, and good cause appearing therefor,

24        IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

25

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 8, 2002 and recorded in the office of the Franklin County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Fred Woelk, Jr. has an interest in, further described as:

> A portion of the Northeast quarter of the Southwest quarter Section 17 township 9 NOrth range 31 East W.M. described as follows.

> BEGINNING AT A POINT South 0 degrees 22 minutes 58 seconds East 700 fee and North 89 degrees 41 minutes 09 seconds East 1322.48 feet from the West quarter corner of Section 17 Township 9 North Range 31 East W.M. thence North 89 degrees 41 minutes 09 seconds East 661.24 feet to the North South 1/64 Section line thence along said line South 0 degrees 10 minutes 56 seconds East 330.60 feet thence South 89 degrees 42 minutes 05 seconds West 660.85 feet thence North 0 degrees 14 minutes 56 seconds West 330.42 feet to the POINT OF BEGINNING. also known as Lot 1 of Parce B of survey recorded under Auditor's file NO. 388844, records of Franklin County State of Washington.

> TOGETHER WITH an easement for ingress and egress over the Westerly 30 feet of Lot 3 of Parcel B of Survey recorded under Auditor's File No. 388844.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT